# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HERNANDEZ,<br><br>                          Plaintiff,<br>vs.<br>MERCK & COMPANY, INC.,<br><br>                        Defendant. | CASE NO. 06cv2032-W (WMc)<br><br>ORDER |

The Early Neutral Evaluation conference in the above entitled matter, which was previously scheduled for October 16, 2006 at 3:15 p.m. **is vacated** until further order of the Court.

**IT IS SO ORDERED.**

Dated: 9/27/06

WILLIAM McCURINE, JR.
United States Magistrate Judge

cc: HONORABLE THOMAS WHELAN
    U.S. DISTRICT JUDGE

    ALL PARTIES AND COUNSEL OF RECORD